H. E. WALTER v. WILLIAM LOGAN *et al.*

No. 13,592. (76 Pac. 1131.)

Error from Cherokee district court; A. H. SKIDMORE, judge. Opinion filed May 7, 1904. Reversed.

*W. R. Cowley*, and *A. S. Dennison*, for plaintiff in error.
*Forkner & Forkner*, and *Blue & Hamilton*, for defendants in error.

*Per Curiam:* The reply of H. E. Walter to the amended answer of Oliver P. and S. F. Hill was sufficiently verified to deny any appointment or authority alleged in the answer. (*Gibson v. Shorb*, 7 Kan. App. 732, 52 Pac. 579.)

We have read the evidence in the case and do not find that, in legal effect, it differs materially from the evidence introduced on the former trial, which was held insufficient to support a judgment for defendants below. (*Walter v. Logan*, 63 Kan. 193, 65 Pac. 225.)

The judgment will be reversed and a new trial granted.